# UNITED STATES DISTRICT COURT
# ~~▮▮▮▮▮▮▮▮▮▮▮~~ DISTRICT OF ~~▮▮▮▮▮~~
## MASSACHUSETTS

__Liarriante Surnbry__, )
[Type or print your name on the line above] )
 )
 ) 05-10414 JLT
v. )
 ) Cause No. _____
__CECIL DAVIS__, )
 ) [If you are appealing, put the case number
[Type or print only the name of the first ) here. If this is a new case, leave this blank,
person you are suing.] ) the clerk will supply the number.]

## PRISONER PETITION TO PROCEED
## *IN FORMA PAUPERIS*

I, __Liarriante Surnbry__, offender number _____,
declare that I am unable to prepay the full filing fees and costs of this proceeding,
or to give security because of my poverty. I believe that I am entitled to redress
and I petition the court for leave to proceed *in forma pauperis* in my:

☐ 42 U.S.C. § 1983 Civil Rights Complaint    ☑ 28 U.S.C. § 2254 Habeas Corpus Petition

☐ 42 U.S.C. § 1983 Civil Rights Appeal       ☐ 28 U.S.C. § 2254 Habeas Corpus Appeal

1. Do you work? ☑ NO  ☐ YES, I earn $ _____ per month.

2. Do you receive idle pay? ☐ NO  ☑ YES, I receive $ __15__ per month.

3. Have you ever filed a lawsuit in the United States District Court for the Southern District of Indiana? ☐ NO  ☑ YES

4. Have you ever filed a lawsuit in a federal court outside of Indiana?
☐ NO  ☑ YES, in the __Southern__ District of __Florida__ in the year __2004__.
[Attach additional sheets if needed.]

I declare **under penalty of perjury** that the foregoing is true and correct.
Signed this __12__ day of __November__, 20__04__.

"Without prejudice"
__Liarrante__
Your Signature

**NOTE: You must have a prison official fill out the certificate on the back of this form and attach a copy of your prisoner trust account statement for the last six months.**

# **OFFICIAL CERTIFICATE OF PRISONER ACCOUNT**

I certify that _____LARRIANTE   SUMBRY_____ has $ __.83__ in his/her prisoner trust account. I certify that during the last six (6) months (or _____ month(s) if the prisoner has been confined less than six months) that the prisoner's

average monthly BALANCE was $ __.07__,

and that the prisoner's average monthly DEPOSITS were $ __8.63__.

I certify that **I have attached** a true and correct copy of the **prisoner trust account statement** for the last six months or for the duration of his/her confinement at this institution if less than six months.

Signed this __12th__ day of ____November____, 20__04__.

_____Carol Fisch_____
Signature of Authorized Officer

_____CAROL FISCH   ACCOUNT CLERK_____
Printed Name and Job Title

_____INDIANA STATE PRISON_____
Name of Institution

(Revised March 2002)