FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 28 P 2:14

U.S. DISTRICT COURT
DISTRICT OF MASS.

Warriante' Sumbry,

v.                No.

CECIL DAVIS,        05-10[...]

Referred to MJ J 6 Dein

INSTANT WRIT OF HABEAS

CORPUS

Petitioner, pro-per, acting with rights, submits instant writ of habeas corpus, to-wit:

a. Petitioner is falsely imprisoned at INDIANA STATE PRISON against One will because, One was illegally arrested June 2, 1998 by Gary Police, deprived of his liberty due to a void judgement and INDIANA STATE PRISON fictitiously

took One good time credit which artificially put his release date until 2011, and his original date is November 5, 2005.

b. INDIANA STATE PRISON does not and can never possess any jurisdiction over One natural person flesh-and-blood human being, because INDIANA STATE PRISON have power over other entities in their realm not a natural person as One acting with rights who is a non-entity.

c. INDIANA STATE PRISON write fictitious conduct reports on One through a fictitious code procedure that has the force of law that is rewritten but is not actual and this praxis is void of the United States Constitution.

"Without Prejudice"
Samarté Sumbry
Natural Person

See State of West Virginia ex rel. Bailey v. State of West Virginia, 584 S.E. 2d 197 (2003)
White v. Indiana Parole Board, 266 F.3d 759, 65-66 (7th Cir 2001) "This Court has held that prison disciplinary boards are not courts."
Violation of United States Constitution Amendments 5th, 8th, 9th, 10th, 13th, Indiana Constitution Article I ss 18, 21, 23, 24, 25.

A. Petitioner requests that an evidentiary hearing be held with an International Human Rights Attorney. See Martin v. Hunter's Lessee, (1816) 4 L.Ed. 97; Gibbons v. Ogden, 22 U.S. (9 Wheat) 1 (1824).

Note: Abstract of Judgement, Entry of Judgement, does not exist in the original court file. See 03-FC-114; 46D04-0301-MI-3

Prison officials refuse to copy his legal documents, furnish case cites, provide legal envelopes. That praxis denies him access to the court. Send me a copy of my docket sheet. Jenel Clerk 1/22/05. Disturbing his legal mail/regular mail being mailed out