```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| LARRIANTE SUMBRY, | ) |
| | ) |
|     Petitioner, | ) |
| | )    C.A. No. 05-10414-JLT |
|     v. | ) |
| | ) |
| CECIL DAVIS, | ) |
| | ) |
|     Respondent. | ) |

### FINAL ORDER OF DISMISSAL

In accordance with the Order of Dismissal dated April 12, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

April 13, 2005                                By the Court,

                                                             /s/ Jeanette McGlamery
                                                             Deputy Clerk