UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Larriante' Suembry,

v.                               No. 05-10414-JLT

CECIL DAVIS,

## NOTICE OF APPEAL

Appellant, proper, files notice of appeal of an _colorable_, ORDER entered April 12, 2005. (Insolvent)

a Request International Human Rights Appellate Co-Counsel Amicus.

Without Prejudice

See Louisiana Revised Statute 424

Lawronto Dy
Natural Person

Served Clerk 4/19/05
See Federal Tort Claim 157-0-32-47
04-8952

**REQUEST FOR REMITTANCE**
State Form 35720 (5-91)
Approved by State Board of Accounts 1989

INSTRUCTIONS:
This form must be completed in full, signed and approved by the appropriate staff before any remittance will be made.

TO: BUSINESS OFFICE / CLERK, DEPARTMENT OF CORRECTION, STATE OF INDIANA.

| Field | Value |
|---|---|
| Facility | ISP |
| Pay to: | Susan Trout / Indiana Civil Rights Commission |
| Address | B/4 Box 30043, Albuquerque, NM 87199 / 100 N Senate Ave, Indpls, IN 46204 N103 |
| Amount | |
| Purpose for remittance | Postage (legal mail) |
| Name of offender | |
| Signature of offender | |
| Date | 4/13/05 |
| Offender housing location | 965137 |
| Signature of staff witness | $0.00  4-13-05 |
| DOC number | 965137 |
| Approved by | |

Business Office; Canary-Offender