### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:

USDC Docket Number : 05-cv-10414

Larriante Sumbry

v.

Cecil Davis

---

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 27, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/27/05.

*[signature]*

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10414-JLT

Sumbry v. Davis
Assigned to: Judge Joseph L. Tauro
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/28/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Larriante Sumbry**            represented by   **Larriante Sumbry**
965137
Indiana State Prison
P.O. Box 41
Michigan City, IN 46361
PRO SE

V.

**Respondent**

**Cecil Davis**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Larriante Sumbry.(Jenness, Susan) (Entered: 03/07/2005) |
| 02/28/2005 | 2 | PETITION for Writ of Habeas Corpus (2241) $ 0.00, receipt number 0.00, filed by Larriante Sumbry. (Jenness, Susan) (Entered: 03/07/2005) |
| 02/28/2005 |  | If the trial Judge issues an Order of Reference of any |

| | | |
|---|---|---|
| | | matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 03/07/2005) |
| 04/12/2005 | 3 | Judge Joseph L. Tauro : ORDER entered. For the reasons stated in the accompanying Order of Dismissal, the Court (1) orders that this case be dismissed in its entirety; (2) certifies that any appeal of this order would not be taken in good faith within the meaning of 28 U.S.C. s 1915(a)(3); and (3) denies as moot Sumbry's application to proceed in forma pauperis. (McGlamery, Jeanette) (Entered: 04/13/2005) |
| 04/13/2005 | 4 | Judge Joseph L. Tauro : ORDER DISMISSING CASE. In accordance with the Order of Dismissal dated April 12, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety. (McGlamery, Jeanette) (Entered: 04/13/2005) |
| 04/22/2005 | 5 | NOTICE OF APPEAL as to 4 Order Dismissing Case, by Larriante Sumbry. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/12/2005. (Abaid, Kim) (Entered: 04/26/2005) |