UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

[illegible party],

v.                    [illegible],

[illegible],

CERTIFICATE OF APPEALABILITY

The Plaintiff, pro se, moves this court to determine his rights to certificate of appealability, to wit:

a DISTRICT COURT refusal to [illegible] merits of the suit in reference to [illegible] in a void judgment for absence of subject matter jurisdiction / or / abstract of judgment entry in [illegible],

existing in [illegible] our file, including [illegible] being unlawfully [illegible] as evidenced by any [illegible] taken without a legal warrant [illegible] issued by [illegible] judicial officer.

b. [illegible] failed to [illegible] the fact that [illegible] does not [illegible] any jurisdiction [illegible] in reference to [illegible] using [illegible] constitutions which is [illegible] and not [illegible] by [illegible] entities, extending its prison sentence (enslavement) [illegible] in prison jurisdiction actions [illegible] Ibra [illegible]

[signature] 5/11/05