CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

D.C. #05-10414
J. Tauro

No. 05-1617

LARRIANTE SUMBRY,
Petitioner, Appellant,

v.

CECIL DAVIS,
Respondent, Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: DEC 12 2005

Before

Boudin, <u>Chief Judge</u>,
Campbell and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: December 12, 2005

The district court denied IFP status on the ground that any appeal would be frivolous. Appellant now asks this court for IFP status, but has not explained why his appeal is not frivolous. Having now reviewed the record, we agree with the district court's April 12, 2005 order of dismissal. We deny appellant's motion to proceed in forma pauperis and summarily affirm the judgment of dismissal for the reasons stated in the April 12, 2005 order.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _MARGARET CARTER_
Chief Deputy Clerk.

Certified Copy to Hon. Joseph Tauro; Sarah Thornton, Clerk USDC
cc: Messrs. Sumbry & Carter