# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 05-1617

LARRIANTE SUMBRY,

Petitioner, Appellant,

v.

CECIL DAVIS,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Campbell and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: December 12, 2005

   The district court denied IFP status on the ground that any appeal would be frivolous. Appellant now asks this court for IFP status, but has not explained why his appeal is not frivolous. Having now reviewed the record, we agree with the district court's April 12, 2005 order of dismissal. We deny appellant's motion to proceed in forma pauperis and summarily affirm the judgment of dismissal for the reasons stated in the April 12, 2005 order.

   <u>Affirmed</u>.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/19/06

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
   Chief Deputy Clerk.